| AO-10 Rev 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App 1, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| GOLDBERG, Richard W. | United States Court of International Trade | 1/9/91 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year or inclusive dates) |
|---|---|---|
| Judge | 1/8/91 | 1/90 to 1/8/91 |

| Home or office address |
|---|
| 1708 New Hampshire Avenue, NW Washington, D.C. 20009 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Of Counsel 6/90 to Present | Anderson, Hibey, Nauheim & Blair |
| Self-employed - attorney 4/89-6/90 | |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Practice of Law | $ 20,000.00 |
| 2 | U.S. Government income (retirement) | $ 10,500.00 |
| 3 | | $ |
| 4 | | $ |
| 5 | Total | 30,500.00 $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Goldberg, Richard W. | Date of Report<br>1/9/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |

* VALUE CODES: J=$0 to $5,000    K=$5,001 to $15,000    L=$15,001 to $25,000    M=$25,001 to $50,000
N=$50,001 to $100,000    O=$100,001 to $250,000    P=over $250,000


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Goldberg, Richard W. | 1/9/91 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| ¹ Industrial Revenue Bonds – | | | | | | | | | |
| ² (1) ND St. Housing Finance Agency | B | Int. | L | T | | | | | |
| ³ (2) Bruce, Wisconsin | B | Int. | L | T | | | | | |
| ⁴ (3) Chesapeake VA - Sewer | B | Int. | L | T | | | | | |
| ⁵ (4) Fargo, ND - Industrial Park | D | Int. | M | T | | | | | |
| ⁶ (5) Irwindale Calif. Capital Improvement | D | Int. | M | T | | | | | |
| ⁷ (6) Foothill Calif. Hosp. | D | Int. | M | T | | | | | |
| ⁸ (7) Metropolitan Washington DC | D | Int. | M | T | | | | | |
| ⁹ Money Market Fund FSB Investment Services, MPLS MN | D | Int. | N | T | | | | | |
| ¹⁰ Mineral rights McKenzie County, ND | C | Rental | K | W | (See Section VIII) | | | | |
| ¹¹ Grandin Cooperative Assoc. Oil Co. Grandin, N.D. Coop | B | Div. | J | T | | | | | |
| (S) ¹² Verl & Muriel Borland Trust Agreement - Norwest Bank, | | | | | | | | | |
| ¹³ Fargo, N.D. - Trustee (all revenue bonds) | F | Int. | P | T | | | | | |
| (S) ¹⁴ (1) Hazen ND - G/O | | | | | | | | | |
| (S) ¹⁵ (2) Kitsap County Wa. School Dist. | | | | | | | | | |
| (S) ¹⁶ (3) LA Public Facility Authority | | | | | | | | | |
| (S) ¹⁷ (4) Metropolitan Washington DC | | | | | | | | | |
| (S) ¹⁸ (5) MPLS, MN - Hosp. Rev. - Abbott/N.W. | | | | | | | | | |
| (S) ¹⁹ (6) Missouri School Boards Assn. | | | | | | | | | |
| ²⁰ (7) Northern Kentucky Univ. | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

  Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Goldberg, Richard W. | Date of Report<br>1/9/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during period | | C.<br>Gross value at end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | If not exempt from disclosure | | Identity of buyer/seller (if private transaction) |
| | | | | | | | Value Code² (J-P) | Gain Code¹ (A-H) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| (S) 1  (8) Port Olympia WA Economic Dev. Corp. | | | | | | | | | |
| (S) 2  (9) San Diego Calif. Regulatory Auth. | | | | | | | | | |
| (S) 3  (10) S. Dak. - student loan assistance | | | | | | | | | |
| (S) 4  (11) Utah State. Univ. Revenue bond | | | | | | | | | |
| (S) 5  (12) Virginia State Public Auth. Refinance | | | | | | | | | |
| (S) 6  (13) Wisconsin Municipal Ins. Comm. Rev. | | | | | | | | | |
| 7  Madison National Bk. of VA - various accounts | B | Int. | L | T | | | | | |
| 8  Madison National Bk. of VA - various accounts | C | Int. | M | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100)<br>E = $5,001 to $15,000 | B = $101 to $1,000<br>F = $15,001 to $50,000 | C = $1,001 to $2,500<br>G = $50,001 to $100,000 | D = $2,501 to $5,000<br>H = over $100,000 |
|---|---|---|---|---|
| 2 Value Codes: | J = exempt ($0 to $1,000)<br>N = $50,001 to $100,000 | K = $1,001 to $5,000<br>O = $100,001 to $250,000 | L = $5,001 to $15,000<br>P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal<br>U = Book value | R = Cost (real estate only)<br>V = Other | S = Assessed value<br>W = Estimated | T = Cash/market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Goldberg, Richard, W. | Date of Report<br>1/9/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported
in prior year are exempt from disclosure.

Own mineral rights on 20 acres of land, McKenzie County, N.D. - 3 year mineral lease to
Cody Oil & Gas Corp. Estimated value based on discussion with knowledgeable local oil
and gas attorney.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on
Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any
adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or
dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent
children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not
reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Richard M. Goldberg_    Date _1/9/91_

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.    Mail signed original and 3 additional copies to:    Judicial Ethics Committee
                                                          Administrative Office of the
                                                          United States Courts
                                                          Washington, DC 20544

2.    Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not
      associated with a specific court, such as employees of the Administrative Office and the Federal
      Judicial Center, need not file a copy with any court.)

Digitized by Google

## FINANCIAL STATEMENT
### NET WORTH
(Combined)

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 118 | 000 | 00 | Notes payable to banks—secured | None | | |
| U.S. Government securities—add schedule | None | | | Notes payable to banks—unsecured | None | | |
| Listed securities—add schedule Revenue Bonds | 764 | 379 | 00 | Notes payable to relatives | None | | |
| | | | | Notes payable to others | None | | |
| Unlisted securities—add schedule | None | | | Accounts and bills due | None | | |
| Accounts and notes receivable: | | | | Unpaid income tax | None | | |
| Due from relatives and friends | None | | | Other unpaid tax and interest | None | | |
| Due from others | None | | | Real estate mortgages payable—add schedule | | | |
| Doubtful | | | | | 155 | 000 | 00 |
| Real estate owned—add schedule | 420 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | None | | | Other debts—Itemize: | | | |
| Autos and other personal property | 180 | 000 | 00 | | | | |
| Cash value—life insurance | 8 | 000 | 00 | | | | |
| Other assets—Itemize: | | | | | | | |
| Mineral rights | | | | | | | |
| 2 parcels – N.D. – | | | | | | | |
| McKenzie County | 4 | 000 | 00 | Total liabilities | 155 | 000 | 00 |
| | | | | Net worth | 1,339 | 379 | 00 |
| Total assets | 1,494 | 379 | 00 | Total liabilities and net worth | 1,494 | 379 | 00 |

| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | No | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | No | | | | | | |
| Legal Claims | No | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | No | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | No | | | | | | |

```
John Goldberg - Age 19
    Cash:       $8,000.00
    Personal
      property:   3,000.00
                 11,000.00
```

Digitized by Google